IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY** § | | **PLAINTIFF** |
| § | | |
| v. § | | **CAUSE NO. 1:09CV599 LG-RHW** |
| § | | |
| **JAMES G. THAGGARD, ET AL.** § | | **DEFENDANTS** |

## AMENDED JUDGMENT

This matter having come on to be heard on Allstate Insurance Company's Motion for Summary Judgment, the Court, after a full review and consideration of the Motion, pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Plaintiff, Allstate Insurance Company, pursuant to Fed. R. Civ. P. 56. Plaintiff is not obligated to pay any amount of benefits under the homeowner's insurance policy issued to Defendant James G. Thaggard.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff, Allstate Insurance Company, shall recover of Defendant James G. Thaggard, the sum of $99,929.64, representing funds paid to or on the behalf of James G. Thaggard under the homeowner's insurance policy.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff, Allstate Insurance Company, shall recover of Defendant James G. Thaggard, costs in the amount of $2,475.54.

**SO ORDERED AND ADJUDGED** this the 21st day of January, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE